O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARACELI SANTOS, | CASE NO. CV 13-00967 RZ |
| Plaintiff, | |
| vs. | JUDGMENT |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED:    January 21, 2014

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE